**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-6332**

RAYMOND KA-LUN PIN,

        Plaintiff - Appellant,

    v.

HAROLD W. CLARKE, The Director of the Virginia Department of Corrections,

        Defendant - Appellee.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Glen E. Conrad, Senior District Judge. (7:19-cv-00011-GEC-PMS)

Submitted: July 24, 2020                         Decided: August 3, 2020

Before WILKINSON and KING, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Raymond Ka-Lun Pin, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Raymond Ka-Lun Pin appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2018) complaint. We have reviewed the record and find no reversible error. Accordingly, we grant Pin's motions to amend and clarify his informal brief and affirm for the reasons stated by the district court. *Pin v. Clarke*, No. 7:19-cv-00011-GEC-PMS (W.D. Va. Feb. 19, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
